UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

TIMOTHY BEALL,           )
                         )
       Plaintiff,       )
                         )   NO. CV-07-3041-CI
  v.                     )
                         )
MICHAEL J. ASTRUE,       )   **JUDGMENT IN A**
Commissioner of Social Security, )   **CIVIL CASE**
                         )
       Defendant.       )
_____)

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.** The matter is **REMANDED** to the Commissioner for additional proceedings, pursuant to sentence four of 42 USC § 405(g). Defendant's Motion for Summary Judgment is **DENIED**, and Judgment is entered for Plaintiff.

DATED this 15th day of May, 2008.

                              JAMES R. LARSEN
                              District Court Executive/Clerk

                              s/ L. Stejskal
                              Deputy Clerk